**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LESLIE ORR,

       Plaintiff,                                      Case No. 05-72986
                                                          Hon. Marianne O. Battani

v.

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND**
**RECOMMENDATION AND REMANDING TO COMMISSIONER**

      Plaintiff Leslie Orr brings this action challenging the final decision of the Commissioner denying her application for Disability Insurance Benefits and Supplemental Security Income. The case was referred to Magistrate Judge Mona K. Majzoub pursuant to 28 U.S.C. § 636(b)(1). Both parties filed dispositive motions, and in a Report and Recommendation ("R&R") dated February 15, 2007, Magistrate Judge Majzoub recommended that Plaintiff's Motion for Summary Judgment be denied, that Defendant's Motion for Summary Judgment be denied, and that this matter be remanded to the Commissioner for further proceedings.

      In her Report and Recommendation, the Magistrate Judge informed the parties that objections to the R&R needed to be filed "within ten (10) days of service" and that a party's failure to file objections would waive any further right of appeal. Neither party filed an objection.

1

Because no objection has been filed in this case, the parties waived their right to *de novo* review and appeal. Accordingly, the Court **ADOPTS** the Magistrate Judge's recommendation, **DENIES** the dispositive motions, and **REMANDS** the case to the Commissioner for further proceedings as specified in the Report and Recommendation.

**IT IS SO ORDERED.**

                                                s/Marianne O Battani
                                                  MARIANNE O. BATTANI
                                                  UNITED STATES DISTRICT JUDGE

DATE: March 7, 2007

**CERTIFICATE OF SERVICE**

A copy of this Order were served upon counsel of record on this date.

                                              s/Bernadette M. Thebolt
                                                    Deputy Clerk